AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

FILED by PM D.C.
APR - 5 2018
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

| United States of America | ) |
| v. | ) |
| | ) Case No. 18 - 8153 - BER |
| WILLIAM AELLIS | ) |
| | ) |
| | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of November 16-30, 2017 & April 4, 2018 in the county of Palm Beach in the Southern District of Florida, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 2252(a)(2) & (b)(1) | Distribution of Child Pornography |
| 18 U.S.C. § 2252(a)(4)(B) & (b)(2) | Possession of Child Pornography |

This criminal complaint is based on these facts:
See attached Affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Christina Pryor-Cobb, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: APRIL 5, 2018

_____
*Judge's signature*

City and state: West Palm Beach, FL     Hon. Bruce E. Reinhart, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Christina Cobb, (the Affiant), been duly sworn, depose and state as follows:

1.  I have been employed as a Special Agent of the FBI since 2009 and am currently assigned to Miami Division, Palm Beach County Resident Agency. While employed by the FBI, I have investigated a variety of federal criminal violations, including but not limited to; crimes against children, matters related to child pornography, sexual exploitation of minors and child pornography using facilities of interstate or foreign commerce. Moreover, I am a federal law enforcement officer engaged in enforcing criminal laws of the United States, including 18 U.S.C. §§ 2252, et seq.

2.  In this capacity, I have investigated child exploitation and internet crimes against children cases. I have participated in investigations of persons suspected of violating federal child pornography laws, including Title 18, United States Code, Sections 2251, 2252 and 2252A. These investigations have included the use of surveillance techniques, undercover activities, the interviewing of subjects and witnesses, and the planning and execution of arrest, search, and seizure warrants. In the course of these investigations, I have reviewed still images and videos containing child pornography and images depicting minor children engaged in sexually explicit conduct on all forms of electronic media including computers, digital cameras, and wireless telephones, and have discussed and reviewed these materials with other law enforcement officers. I have also participated in training programs for the investigation and enforcement of federal child pornography laws relating to the use of computers for receiving, transmitting, and storing child pornography. In addition, I have received training in the field of computer crimes and Internet crimes investigations.

3.  The facts set forth in this affidavit are based upon my personal knowledge,

information obtained from others involved in this investigation, including other law enforcement officers, my review of documents and information gained through training and experience. Since this affidavit is being submitted for the limited purpose of establishing probable cause to support a Criminal Complaint, I have not included each and every fact known to me concerning this investigation. Rather, I have set forth only those facts I believe are necessary to establish probable cause to believe that **William AELLIS** (hereinafter referred to as "AELLIS") has violated Title 18, United States Code, Section 2252(a)(2) and (b)(1) on, about or between November 16 - 30, 2017 (distribution of child pornography), and Title 18, United States Code, Section 2252(a)(4)(B) and (b)(2) on or about April 4, 2018 (possession of child pornography).

4. On February 1, 2018, an individual who became known to FBI agents (hereinafter known as "Witness 1") was interviewed telephonically. Witness 1 detailed that he and other male family members were sexually abused by William AELLIS when Witness 1 and another family member were between the ages of 8 - 15. Witness 1's identity and relationship to AELLIS have been confirmed by your Affiant. WITNESS 1 did not disclose the abuse or report it to anyone for many years.

5. In late 2017, Witness 1 discovered an email account, **bayshorebill39@gmail.com** that belonged to AELLIS. AELLIS's email address was located on a website that contained numerous pictures of AELLIS showing his face as well as some to contain nude and sexually explicit images of AELLIS. Witness 1 created a fictitious email account, which was not in his true name and sent an email to AELLIS in November 2017. Witness 1 and AELLIS began communicating via email and discussing topics of a sexual nature, including sexual interests. AELLIS discussed sexually abusing a male infant in his family in the email exchanges.

6. Between November 16, 2017 and November 30, 2016, AELLIS sent WITNESS 1

at least emails in which images were attached. The following is a summary of the images sent on particular days:

   a. November 16, 2017 - a nude male child is standing, holding his penis in his hands. The child's body is visible in the photograph from the upper thigh area through the head and face.

   b. November 16, 2017 - a male child in the photograph sitting, wearing a shirt and has his underwear pulled down to his ankles. The child has his legs in the air and pulled toward his chest so that his genitals and anus are visible. The child is spreading his buttocks apart so that his anus is visible.

   c. November 18, 2017 - a prepubescent female who is nude. The child is wearing heels and has her underwear around her lower legs. She is facing a mirror with her leg lifted and her vaginal area is reflected in the mirror, while eating a banana.

   d. November 18, 2017 - a nude child eating a banana.

   e. November 18, 2017 - a male child, laying nude on his back. A nude adult female is straddling the child, in a position indicative of sexual intercourse.

   f. November 20, 2017 - five (5) images of AELLIS, either nude or partially clothed. AELLIS' face is visible or partially visible in four of the images.

   g. November 26, 2017 - a nude female child, sitting in a shower, leaning back on her hands. The child is facing the camera and with her legs bent. Her genitals are visible in the image.

   h. November 30, 2017 - a prepubescent female outside, standing nude, facing the camera, with her hands on a rock. The child's genital area is visible.

7. During the email exchanges, AELLIS wrote that when he masturbates and ejaculates, AELLIS doesn't want to the leave the computer screen so he urinates on himself and sits in his urine. He went on to explain that his computer is beside his bed, so that he can smell the urine all night. He stated that he lives in Boca Raton, Florida and detailing sexual contact that he had as a child. AELLIS described additional sexual interests of his and noted that his neighbors had just returned home. He explained that they had a four year-old child and that he liked to picture her naked. He described certain details about his childhood, including that he grew up in Brooklyn, New York. AELLIS admitted he had a gun. He professed plans to go to Orlando, Florida to visit 3 amusement parks for Christmas. He explained that it wasn't as nice during this time of year as compared to visiting in the summer. He further explained that there were lots of young people in the parks and that he had been in the men's restroom when a boy would come in and drop his shorts to his ankles to use the restroom. AELLIS described the situation as, "real cute."

8. Subsequent to his telephonic interview, Witness 1 gave written consent for FBI agents to assume his online identity with respect to the email account that he had used to communicate with AELLIS. Witness 1 provided the agents with the email address and password for the account. Agents logged into the account and conducted a review of the account and the messages and images sent and received to it. The password for the account was changed by the Agents and a forensic copy of the email account was made.

9. A review of the emails between Witness 1 and AELLIS confirm the emails and photographs, detailed above.

10. A subpoena was issued to Google, Inc., requesting information for the email account, **bayshorebill39@gmail.com**, on February 16, 2018. In response to the subpoena,

February 26, 2018, Google provided that the subscriber name for the account was "bill aellis," that the account was created on October 3, 2015, and used IP address 68.74.181.6 on November 16, 18, 19, 20, 22, 30, 2016. A query of a publically available website revealed that IP address 68.74.181.6 belonged to AT&T Incorporated, U-Verse.

11. In response to a subpoena, AT&T advised that the subscriber of the IP address 68.74.181.6 between the periods of November 16, 2017 through November 30, 2017, was "William Aellis" at 5500 N.W. 2nd Avenue, Apartment 220, Boca Raton, Florida, 33487. The account was created in 2003. In addition, the email address associated with the internet service was, "bayshorebill39@gmail.com."

12. On April 3, 2018, a Federal Magistrate in West Palm Beach, in the Southern District of Florida issued a search warrant for digital devices in 5500 N.W. 2nd Avenue, Apartment 220, Boca Raton, Florida, 33487 (the "Target Residence"). The warrant allowed for, among other things, the seizure of all digital devices and media which could be used to store and or transmit visual depictions of sexual conduct or sexual performance of minors, and allowed for the immediate or off-sight search of those items seized.

13. Upon executing the search warrant on April 4, 2018, Agents made contact with AELLIS who was the sole occupant of the residence.

14. During a post-*Miranda* recorded interview of AELLIS, he provided that he had lived at the Target Residence for approximately 15 years and that he lived alone. AELLIS reported that his cable, internet and home phone service was provided by AT&T. AELLIS reported that his home had wireless internet service which was password protected. Further, AELLIS identified his email address that he uses as **bayshorebill39@gmail.com**. AELLIS advised that no one else used the **bayshorebill39@gmail.com** account and that no other person

would have his log-in credentials.  AELLIS admitted corresponding with an individual using the **bayshorebill39@gmail.com** email account and discussing topics of a sexual nature.  AELLIS initially denied sending any images of child pornography using the email account then stated he could not recall whether he had transmitted images using the account.  AELLIS subsequently admitted using the email account to send images of child pornography.

15.  AELLIS explained that he had a iMac desktop computer, an Amazon tablet computer, and an iPhone6 cellular phone.  AELLIS reported that he primarily used his iMac computer for internet browsing, to include shopping on Amazon, researching gun shows, and viewing pornography.  AELLIS reported that as a single man, he viewed pornography as a means of release.  AELLIS advised that he viewed pornography to include adult and child pornography.  AELLIS stated that he looked for pornography on particular websites and if an image was of interest to him, he would download it.

16.  Numerous digital media devices were seized from AELLIS and the Target Residence, including approximately six (6) external hard drives. A preliminary forensic examination was conducted by a FBI certified computer forensic examiner of a Western Digital 2-terabyte "My Passport for Mac" USB external hard drive, Model Number WDBCGL002BSL-05, Serial Number, WX81AB574ZP7.  Numerous images of child pornography were located on the device, to include the following:

> a. File name, "905t.jpg", which is an image of a prepubescent female, nude, sitting on a scooter or motorcycle, leaning or resting on her arm. Her legs are spread so her genital area exposed and visible.
>
> b. File name, "905u.jpg", which is an image of a minor female, on her hands and knees on a bed, wearing a skirt or similar clothing article with no underwear.

The child's genital/vaginal area is visible as the camera angle is from the rear.

c. File name, "002c.jpg", which is an image of a prepubescent female laying on her back on a bed, wearing a shirt and no other clothing. The child's legs are in a butterfly position displaying the genital area for the camera.

d. File name, "part08_61.jpg", which is an image of prepubescent female (approximately 5-7 years old), nude, laying on her back on a bed with her genitals visible. A watermark, "PedoArt.com" is in the upper left portion of the photograph.

A full review of all items seized is ongoing.

17. Based upon the foregoing facts, and my training and experience, I submit that there is probable cause to believe that **William AELLIS** violated Title 18 U.S.C. § 2252(a)(2) (distribution of child pornography), and Title 18, United States Code, Section 2252(a)(4)(B) and (b)(2) (possession of child pornography) on the dates provided herein.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
CHRISTINA COBB
SPECIAL AGENT
FEDERAL BUREAU OF INVESTIGATION

Subscribed and sworn to before me this _____ day of April, 2018.

_____
BRUCE REINHART
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:**  WILLIAM AELLIS

**Case No:**  18 - 8153 - BER

Count #: 1

Distribution of Child Pornography

Title 18, United States Code, Section 2252(a)(2) & (b)(1)

*Max. Penalty: 20 Years' Imprisonment (5 year minimum mandatory), $250,000 fine, Supervised Release of 5 Years to Life, $5000 Special Assessment

Count #: 2

Possession of Child Pornography

Title 18, United States Code, Section 2252(a)(4)(B) & (b)(2)

*Max. Penalty: 20 Years' Imprisonment, $250,000 fine, Supervised Release of 5 Years to Life, $5000 Special Assessment

*Refers only to possible term of incarceration, fines, special assessments, does not include possible restitution, parole terms, or forfeitures that may be applicable.

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: 18 - 8153 - BER

## BOND RECOMMENDATION

DEFENDANT: WILLIAM AELLIS

Pre-Trial Detention
(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: *Gregory Schiller, AUSA*
AUSA:   Gregory Schiller

Last Known Address: _____

What Facility:   PBCJ

Agent(s):   Christina Pryor-Cobb (FBI)
(FBI)   (SECRET SERVICE)   (DEA)   (IRS)   (ICE)   (**OTHER**)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

No.     18 - 8153 - BER

UNITED STATES OF AMERICA

vs.

WILLIAM AELLIS,

         **Defendant.**
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003?     _____Yes    __x__ No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to September 1, 2007?     _____ Yes    __x__ No

                                               Respectfully Submitted,

                                               BENJAMIN G. GREENBERG
                                               ACTING UNITED STATES ATTORNEY

By:     */s/Gregory Schiller*
            Gregory Schiller
            Assistant United States Attorney
            Florida Bar No. 0648477
            U.S. ATTORNEY'S OFFICE - SDFL
            500 S. Australian Ave., Suite 400
            West Palm Beach, Florida 33487
            (561) 209-6285
            Gregory.Schiller@usdoj.gov